People v Necker. Appeal from Oakland, James S. Thorburn, J. Submitted Division 2 February 29, 1972, at Lansing. (Docket No. 10595.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Thomas G. Plunkett,* Prosecuting Attorney, and *Dennis Donohue,* Chief Appellate Counsel, for the people.

*Gordon A. Snavely* (by *Douglas Chartrand),* for defendant.

Before: McGregor, P. J., and J. H. Gillis and O'Hara, JJ.

Memorandum Opinion. Defendant pled guilty to the crime of larceny by conversion, MCLA 750.362; MSA 28.594. We remanded to the trial court for a hearing to determine the voluntariness of the plea. Pursuant to that hearing, the trial court found that the defendant's plea of guilty was voluntary.

An examination of the briefs and the record discloses no prejudicial error depriving the defendant of any substantial right. *People v Andrews,* 36 Mich App 717 (1971).

Affirmed.